FILED

FEB 28 2018

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>V.<br><br>ANGELA MICHELLE WILLIAMS,<br><br>Defendant. | CRIMINAL NO.<br>INDICTMENT  MO18CR·037<br><br>[Vio: 21 U.S.C. § 841(a)(1)-<br>Possession With Intent to<br>Distribute a Controlled<br>Substance] |

THE GRAND JURY CHARGES:

### COUNT ONE
### [21 U.S.C. § 841(a)(1)]

That on or about January 2, 2018, in the Western District of Texas, the Defendant,

**ANGELA MICHELLE WILLIAMS,**

unlawfully, knowingly and intentionally possessed with intent to distribute a controlled substance, which offense involved a quantity of a mixture and substance containing a detectable amount of cocaine base "crack", in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

### COUNT TWO
### [21 U.S.C. § 841(a)(1)]

That on or about December 5, 2017, in the Western District of Texas, the Defendant,

**ANGELA MICHELLE WILLIAMS,**

unlawfully, knowingly and intentionally distributed a controlled substance, which offense involved a quantity of a mixture and substance containing a detectable amount of cocaine base "crack", in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

A TRUE BILL.

JOHN F. BASH
UNITED STATES ATTORNEY

*/s/ Brandi Young*

BRANDI YOUNG
Assistant United States Attorney

**Original signed by the foreperson of the Grand Jury**