UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | NO:  MO:18-CR-00037(1)-DC |
| | § | MO:21-CV-00253 |
| (1) ANGELA MICHELLE WILLIAMS | § | |

## FINAL JUDGMENT

On this day, the Court entered an Order denying Movant's Motion to Vacate, Set Aside or Correct Sentence, filed pursuant to 28 U.S.C. §2255, for reasons clarified therein. The Court now enters its final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

It is hereby **ORDERED** that Movant's §2255 is **DENIED AND DISMISSED**.

It is further **ORDERED** that the §2255 is **DISMISSED WITH PREJUDICE**.

It is lastly **ORDERED** that all other pending motions, if any, are **DENIED AS MOOT AND A CERTIFICATE OF APPEALABILITY WILL NOT ISSUE IN THIS CASE**.

It is so **ORDERED.**

**SIGNED** this 19th day of August, 2022.

**DAVID COUNTS**
**UNITED STATES DISTRICT JUDGE**