United States Court of Appeals
Fifth Circuit
**FILED**
April 20, 2023
Lyle W. Cayce
Clerk

# United States Court of Appeals
## for the Fifth Circuit

**FILED**
April 20, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____KG_____
DEPUTY

No. 22-50919

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

versus

ANGELA MICHELLE WILLIAMS,

*Defendant—Appellant*.

Appeal from the United States District Court
for the Western District of Texas
USDC Nos. 7:21-CV-253, 7:18-CR-37-1

UNPUBLISHED ORDER

Before CLEMENT, SOUTHWICK, and HIGGINSON, *Circuit Judges*.

PER CURIAM:

    Angela Michelle Williams, federal prisoner # 99361-380, moves for a certificate of appealability (COA) to appeal the district court's denial of her 28 U.S.C. § 2255 motion to vacate her 51-month concurrent sentences for possession with intent to distribute a quantity of cocaine base and distribution of a quantity of cocaine. She contends that she received ineffective assistance of counsel in connection with her motion to suppress evidence and that she

No. 22-50919

was entitled to have an evidentiary hearing prior to the denial of her § 2255 motion.

If a district court has denied the constitutional claims on the merits, the movant "must demonstrate that reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000); *see* 28 U.S.C. § 2253(c)(2). Williams has not made the requisite showing. *See id.* As such, we do not reach the issue of whether the district court erred by denying an evidentiary hearing. *See United States v. Davis*, 971 F.3d 524, 534-35 (5th Cir. 2020).

Accordingly, Williams's motion for a COA is DENIED.

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

April 20, 2023

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 22-50919   USA v. Williams
                   USDC No. 7:21-CV-253

Enclosed is an order entered in this case.

                       Sincerely,

                       LYLE W. CAYCE, Clerk

                       By: _____
                       Roeshawn Johnson, Deputy Clerk
                       504-310-7998

Mr. Philip Devlin
Mr. Joseph H. Gay Jr.
Mr. Dallas Craig Hughes